STATE of Missouri, Respondent,

v.

Suzanne M. WAHL, Appellant.

No. ED 79634.

Missouri Court of Appeals,
Eastern District,
Division Five.

April 16, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 28, 2002.

Case Transferred to Supreme Court Aug. 27, 2002.

Case Retransferred to Court of Appeals Nov. 26, 2002.

Original Opinion Reinstated Dec. 20, 2002.

Suzanne M. Wahl, Lake St. Louis, pro se.

Robert P. McCulloch, Prosecuting Attorney, Cleveland A. Tyson, Jr., Asst. Prosecuting Attorney, Clayton, for respondent.

PAUL J. SIMON, Judge.

Suzanne M. Wahl, defendant, appeals from the judgment entered following the jury verdict finding her guilty of prostitution, section 567.020 RSMo (2000). Defendant was sentenced to pay a fine of $300.00.

Defendant was tried jointly with her husband and raises the same three points her husband raised in *State v. Thomas L. Wahl*, 89 S.W.3d 513, handed down this same date. For the same reasons set forth in her husband's case, we affirm the judgment of the trial court.

JAMES R. DOWD, C.J. and MARY K. HOFF, J., concur.